**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA KAY V.,<br><br>            Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. EDCV 21-01317-AS<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: April 20, 2022

                                       /s/
                              ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE